BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:96-CR-0350-13 WBS |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS SPECIFIC COUNTS OF THE SUPERSEDING INDICTMENT AND [PROPOSED] ORDER DISMISSING SPECIFIC COUNTS OF THE SUPERSEDING INDICTMENT |
| v. | ) | |
| LIZHEN CHEN, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through its undersigned attorney, hereby files this motion and proposed order dismissing specific counts of the Superseding Indictment against defendant LIZHEN CHEN.

Defendant is charged by the Superseding Indictment in this case with: Count 39 and Count 87, in violation of Title 18, United States Code, Section 1956(h)- conspiracy to launder monetary instruments; Count 49, Count 52, Count 53 and Count 54, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i)- laundering of monetary instruments; Count 59, Count 61, Count 62 and Count 63, in violation of Title 18, United States Code, Section 1957(a) - engaging in

1

1 monetary transactions in property derived from specified unlawful
2 activity;  Count 101, in violation of Title 18, United States Code,
3 Section 371 - conspiracy to submit false loan application;  and Count
4 103, in violation of Title 18, United States Code, Section 1014 -
5 false loan application.
6     In the interest of justice, and as a part of the resolution of
7 co-defendant Mady Chan's case, the government therefore requests
8 that the Court dismiss these specific counts in the Superseding
9 Indictment in this case.
10 DATED: February 28, 2012

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/ William S. Wong
                                    WILLIAM WONG
                                    Assistant U.S. Attorney

**ORDER**

The Government's request to dismiss the specific counts in the Superseding Indictment is APPROVED AND SO ORDERED.

DATE:     February 28, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE