BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LIZHEN CHEN,<br><br>    Defendant. | CASE NO.  S-96-00350-13 WBS<br><br>**MOTION TO DISMISS SPECIFIC COUNTS OF THE SUPERSEDING INDICTMENT AND [PROPOSED] ORDER DISMISSING SPECIFIC COUNTS OF THE SUPERSEDING INDICTMENT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing specific counts of the Superseding Indictment against defendant Lizhen Chen.

Defendant is charged by the Superseding Indictment in this case with: Counts 123 and 126 – criminal forfeiture.  In the interest of justice, and as part of the resolution of co-defendant Mady Chan's case, the government therefore requests that the Court dismiss these specific counts in the Superseding Indictment in this case.

DATED: February 10, 2015                        Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ William S. Wong*
                                        By:     WILLIAM S. WONG
                                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. S-96-00350-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER DISMISSING SPECIFIC COUNTS OF** |
| v. ) | **THE SUPERSEDING INDICTMENT** |
| ) | |
| LIZHEN CHEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Government's request to dismiss the specific counts in the Superseding Indictment is APPROVED AND SO ORDERED.  The February 23, 2015 hearing date is VACATED as to this defendant only.

Dated:  February 11, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE